IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-261-RJC-DCK

| | |
|---|---|
| BILL HARDIN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| UNITED HEALTHCARE, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by A. Jordan Sykes, concerning Adam K. Levin on July 12, 2013. Mr. Levin seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. Levin is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 12, 2013

David C. Keesler
United States Magistrate Judge