IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-261-RJC-DCK

| | |
|---|---|
| BILL HARDIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED HEALTHCARE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Initial Attorneys' Conference" (Document No. 19) filed August 8, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Initial Attorneys' Conference" (Document No. 19) is **GRANTED**. The parties shall conduct an Initial Attorneys' Conference within 14 days of final disposition of Defendant's Motion for Summary Judgment by the Court.

Signed: August 8, 2013

David C. Keesler
United States Magistrate Judge